### 13542.   ODOM *v.* THE STATE.

BLOODWORTH, J.  No error of law is complained of.  The evidence is contradictory; the jury, the final arbiters on all questions of fact, believed the witnesses for the State, as they had a right to do, and returned a verdict of guilty, and this court cannot overturn such a verdict when approved by the judge who presided at the trial.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED JULY 11, 1922.

Indictment for possessing liquor; from Muscogee superior court — Judge Munro.   March 25, 1922.

*D. L. Parmer, R. Terry,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.